UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KELLY C. BROWN**,

     Plaintiff,

vs.

**COMMISSIONER OF SOCIAL SECURITY**,

     Defendant.

Case No. 3:20-cv-01534-SB

**ORDER**

Reasonable attorney fees in the amount of $10,030.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). If Plaintiff's attorney receives any fee awarded herein pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), she shall credit that fee to Plaintiff, and may retain only the larger of the two fees. When issuing the § 406(b) check, the agency is directed to subtract any amount received by Plaintiff's attorney pursuant to the EAJA, and to send the balance to Plaintiff's attorney at her current address shown above. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 11th day of March, 2025.

*/s/ Stacie F. Beckerman*
_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

ORDER - Page 1